FRED A. GAMBOLD, as Executor, etc., of CHARLES LAMPHEAR, Deceased, Respondent, v. AMOS S. LAMPHEAR and Others, Defendants, Impleaded with GEORGE W. MACLEAN and Others, as Executors, etc., of KATHERINE L. MACLEAN, Deceased, and GEORGE W. MACLEAN, Individually, Appellants.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.